## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  December 15, 2016          523045
_____

In the Matter of WILLIE KEARSE,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
DEPARTMENT OF CORRECTIONS AND
    COMMUNITY SUPERVISION et
    al.,
                    Respondents.
_____

Calendar Date:  October 25, 2016

Before:  McCarthy, J.P., Egan Jr., Devine, Clark and Aarons, JJ.

_____

        Willie Kearse, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Devine, Clark and Aarons, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court